UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert B.,

    Plaintiff,

v.

Martin J. O'Malley, *Commissioner of Social Security Administration*,

    Defendant.

File No. 22-cv-2093 (ECT/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on January 31, 2024. ECF No. 28. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 28] is **ACCEPTED**;

2. Plaintiff Robert B.'s request for reversal or remand of the Commissioner's decision [ECF No. 20] is **DENIED**; and

3. Defendant Commissioner of Social Security's request to affirm the Commissioner's decision [ECF No. 25] is **GRANTED**.

                **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 15, 2024

                s/ Eric C. Tostrud
                Eric C. Tostrud
                United States District Court